

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00383-CV

**IN RE HATTIE POOLE**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2014-PC-4118
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

    In accordance with this court's opinion of this date, this appeal is dismissed.  Costs of the appeal are taxed against the party who incurred them.

    SIGNED August 5, 2015.

_____
Jason Pulliam, Justice